IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSELITO ANDRADA,

Defendant.

Case No. 1:26-mj-00032-EPG

ORDER ON MOTION UNSEALING COMPLAINT

Good cause appearing in consideration of the Defendant's reported arrest, it is HEREBY ORDERED that the motion of the United States of America to unseal the Complaint and Arrest Warrants for the above-captioned case is GRANTED.

It is FURTHER ORDERED that this case and all docketing filings be unsealed.

DATED: October 22, 2026

UNITED STATES MAGISTRATE JUDGE