**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOSELITO ANDRADA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSELITO ANDRADA,<br>Defendants. | Case No. 1:26-mj-00032 EPG-1<br><br>**MOTION TO TERMINAT CJA APPOINTMENT OF JOSELITO ANDRADA AS ATTONEY OF RECORD AND ORDER** |

CJA Pannel Attorney David A. Torres was appointed as counsel on October 22, 2026, to represent Mr. Andrada in his criminal case. Counsel now moves to terminate his appointment under the Criminal Justice Act.

Defendant has informed counsel that he has retained private counsel and no longer requires the services of this office. Retained counsel is Nicholas Reyes, who now represents defendant in these proceedings.

Dated: November 3, 2026

Respectfully Submitted,

***/s/ David A Torres***
DAVID A. TORRES
Attorney for Defendant
Joselito Andrada

# ORDER

The court, having considered the Motion to Terminate as Attorney of Record filed by David A. Torres, counsel for Joselito Andrada, and good cause appearing, hereby ORDERS:

1. The motion to Terminate as Attorney of Record is GRANTED.
2. David A. Torres is relieved as counsel of record for defendant Joselito Andrada.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge